# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, | ) | 3:10-cv-0342-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 5, 2010 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On September 27, 2010, Plaintiff filed a Motion Dismissing Complaint (Doc. #10). On the same date, the court received Plaintiff's Notice of Errata and Motion to Strike Voluntary Dismissal by Plaintiff Done in Error and Motion to Reinstate Complaint (Doc. #11).

Plaintiff's Motion to Strike Voluntary Dismissal by Plaintiff and Motion to Reinstate Complaint (Doc. #11) is **GRANTED**. Plaintiff's Motion Dismissing Complaint (Doc. #10) is **STRICKEN**. All deadlines set forth in the court's Screening Order (Doc. #8) shall remain in effect.

   **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

                    By:   /s/
                        Deputy Clerk