## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, | ) | 3:10-cv-0342-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 10, 2011 |
| | ) | |
| RENEE BAKER, individually and officially, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER       REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has made a Motion for More Definite Statement (Doc. #20). Plaintiff has opposed the Motion (Doc. #21) and supplemented his Opposition (Doc. #22). There has been no reply.

In her Motion, Defendant states that Plaintiff's Amended Complaint is not ambiguous but Defendant is apparently confused by Plaintiff's Notice on Amended Complaint (Doc. #19).

Plaintiff's Judicial Notice on Amended Complaint (Doc. #19) is not part of the First Amended Complaint, does not have the effect of a Complaint, and requires no response by the Defendant.

Defendant's Motion for More Definite Statement (Doc. #20) is **DENIED** and Defendant shall respond to the First Amended Civil Rights Complaint (Doc. #18) within fifteen (15) days of the date of this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk