CATHERINE CORTEZ MASTO
Attorney General
ROBERT J. SIMON
Deputy Attorney General
Nevada Bar No. 9188
Bureau of Litigation
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
Tel: 702-486-2625
Fax: 702-486-3773

*Attorneys for Defendant*
*Renee Baker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>RENEE BAKER,<br><br>        Defendant. | Case No. 3:10-cv-00342-RCJ-WGC<br>ORDER<br>**MOTION TO DISMISS BASED ON SUGGESTION OF DEATH** |

    Defendant Renee Baker, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Robert Simon, Deputy Attorney General, hereby requests that the above entitled matter be dismissed based on the death of Plaintiff Randal Wiideman.

    On October 23, 2011, Defendant is informed and believes Plaintiff passed away. Ex. A, Certified Copy of Death Certificate. On October 31, 2011, Defendant filed a *Suggestion of Death* after receiving no contact from Plaintiff's relatives or heirs regarding the desire to continue with this lawsuit. Fed. R. Civ. P. 25 (a) states:

> (a) Death.
> (1) *Substitution if the Claim Is Not Extinguished.* If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a

statement noting the death, the action by or against the decedent must be dismissed.

(2) *Continuation Among the Remaining Parties.* After a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record.

(3) *Service.* A motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4. A statement noting death must be served in the same manner. Service may be made in any judicial district.

More than 90 days have passed since Defendant filed the *Suggestion of Death.* During that time no successor to Plaintiff or representative of Plaintiff's estate has contacted Defendant regarding this lawsuit. In addition, no successor or representative has filed the required statement of the fact of the death pursuant to Fed. R. Civ. P. 25.

Therefore, pursuant to Fed. R. Civ. P. 25, Defendant respectfully requests this matter be dismissed based on Plaintiff's death and the failure of any successor or representative requesting appointment as the substitute Plaintiff.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief District Judge
Dated: This 13th day of February, 2012.